Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| J & J Sports Productions, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Mani Shams, et al.,<br><br>Defendant. | CASE NO. 2:15-cv-03245-PLA<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MANI SHAMS, et al.** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and defendant MANI SHAMS, individually and DESA, INCORPORATED, an unknown business entity d/b/a TRIANGLE LIQUORS that the above-entitled action is hereby dismissed **with prejudice** against defendant MANI SHAMS, individually and d/b/a TRIANGLE LIQUORS and DESA, INCORPORATED, an unknown business entity d/b/a TRIANGLE LIQUORS.

**STIPULATION OF DISMISSAL**
Case No. 2:15-cv-03245-PLA

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

*[signature: Paul L. Abrams]*

_____  Dated: November 29, 2017
**The Honorable Paul L. Abrams**
**United States Magistrate Judge**

**STIPULATION OF DISMISSAL**
**Case No. 2:15-cv-03245-PLA**